**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

**CASE NO.: 3:26-cv-00410**

SUSAN CANDELARIO,

                Plaintiff,

v.

AMERICAN BUSINESS MEDIA LLC,

                Defendant.

## <u>COMPLAINT FOR COPYRIGHT INFRINGEMENT</u>

### <u>(INJUNCTIVE RELIEF DEMANDED)</u>

Plaintiff SUSAN CANDELARIO by and through her undersigned counsel, brings this

Complaint against Defendant AMERICAN BUSINESS MEDIA LLC for damages and

injunctive relief, and in support thereof states as follows:

### <u>SUMMARY OF THE ACTION</u>

1.     Plaintiff SUSAN CANDELARIO ("Candelario") brings this action for violations

of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Candelario's

original copyrighted Work of authorship.

2.     Candelario is a versatile and accomplished photographer with a keen eye for

capturing the extraordinary in the ordinary. Specializing in commercial, fine art, commercial, and

event photography, she has built a reputation for delivering stunning visuals that resonate with

audiences worldwide. With a solid foundation of education, including accredited certificates in

Professional Photography, FAA Certified Part 107 Drone Pilot, and Adobe Software Expert,

Candelario's expertise is undeniable. Her passion for photography is evident in her work, which

has garnered recognition and accolades on both national and international platforms.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

3.     One of Candelario's areas of expertise is water drop photography. Her fascination with this unique subject led her to author the e-book, "A Guide to Water Drop Photography Simplified," sharing her knowledge and techniques with fellow photographers.  Beyond her photography, Susan is committed to sharing her passion with others through small group and one-on-one photography workshops. By conducting these meetups/workshops in interesting venues and private locations, she offers a unique learning experience for aspiring photographers as well as for seasoned photographers.

4.     Candelario's images have been used across various media, including magazines, websites, movies, television, books, newspapers, and advertising campaigns. Her ability to create visually compelling images has made her a sought-after photographer for both personal and commercial projects. Whether it's capturing the essence of a product, the beauty of the natural world, or the excitement of an event, Candelario's photography consistently delivers. Her dedication to her craft, coupled with her technical expertise, makes her a standout in the photography industry.

5.     Defendant AMERICAN BUSINESS MEDIA LLC ("ABM") is the nation's largest producer of banking, credit union, and mortgage conferences, as well as a producer of in-person, print and digital products that connect business professionals across the country.  ABM's publications include National Mortgage Professional (NMP), Mortgage Banker, Mortgage Women, Originator, Lonestar LO and California Broker. NMP uses print, video web, email, social media and events to assist mortgage professionals in their market by originating loans with less overhead and managed risk.. At all times relevant herein, ABM owned and operated the National Mortgage Professional website located at the internet URL www.nationalmortgageprofessional.com (the "Website").

2

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

6.    Candelario alleges that ABM copied Candelario's copyrighted Work from the internet in order to advertise, market and promote its business activities.  ABM committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the ABM's business.

## JURISDICTION AND VENUE

7.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9.    ABM is subject to personal jurisdiction in Connecticut.

10.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, ABM engaged in infringement in this district, ABM resides in this district, and ABM is subject to personal jurisdiction in this district.

## DEFENDANT

11.    American Business Media LLC is a Connecticut Limited Liability Company, with its principal place of business at 88 Hopmeadow Street, Weatogue, CT, 06089, and can be served by serving its Registered Agent, Vincent Valvo, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

12.    In 2013, Candelario created the photograph entitled "_5D35852-Edit," which is shown below and referred to herein as the "Work".



13.     At the time Candelario created the Work, Candelario applied copyright management information to the Work consisting of the words "FINE ART AMERICA" on the bottom right of the image.

14.     Candelario registered the Work with the Register of Copyrights on July 2, 2015 as part of a group registration.  The Group Registration was assigned registration number VA 1-974-676.  The Certificate of Registration is attached hereto as **Exhibit 1**.

15.     At all relevant times Candelario was the owner of the copyrighted Work at issue in this case.

<u>**INFRINGEMENT BY ABM**</u>

16.     ABM has never been licensed to use the Work at issue in this action for any purpose.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

17.    On a date after the Work at issue in this action was created, but prior to the filing of this action, ABM copied the Work.

18.    On or about June 17, 2024, Candelario discovered the unauthorized use of her Work on the Websites in no less than ten articles, beginning May 3, 2017 up to January 29, 2020, which all are still live on the Websites on or about the date of this filing at the following URLs (hereinafter "the Websites"):

a.    https://nationalmortgageprofessional.com/news/72151/dudley-urges-sway-election-against-trump;

b.    https://nationalmortgageprofessional.com/news/64467/industry-reacts-cautiously-next-steps;

c.    https://nationalmortgageprofessional.com/news/70399/rate-hike-federal-reserve;

d.    https://nationalmortgageprofessional.com/news/62922/declines-raise-rates;

e.    https://nationalmortgageprofessional.com/news/70849/trump-slash-rates;

f.    https://nationalmortgageprofessional.com/news/73654/federal-reserve-declines-raise-rates;

g.    https://nationalmortgageprofessional.com/news/63838/rate-hike-today;

h.    https://nationalmortgageprofessional.com/news/65839/warren-chief-subservient-wall-street;

i.    https://nationalmortgageprofessional.com/news/65390/gives-okay-rate-hike; and

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

j.    https://nationalmortgageprofessional.com/news/63354/hikes-rates-looks-reduce.

19.    In addition, ABM has two locations on its Website hosting Candelario's Work:

a.    https://nationalmortgageprofessional.com/sites/default/files/2019-11/Federal_Reserve_Building_05_03_17.jpg; and

b.    https://nationalmortgageprofessional.com/sites/default/files/styles/article_full/public/2019-11/Federal_Reserve_Building_05_03_17.jpg?itok=AFA7xgv5.

20.    ABM copied Candelario's copyrighted Work without Candelario's permission.

21.    After ABM copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its mortgage professional network business.

22.    ABM copied and distributed Candelario's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

23.    ABM committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

24.    Candelario never gave ABM permission or authority to copy, distribute or display the Work at issue in this case.

25.    Candelario notified ABM of the allegations set forth herein on September 18, 2024 and October 3, 2024.  To date, the parties have failed to resolve this matter.

26.    When ABM copied and displayed the Work at issue in this case, ABM removed Candelario's copyright management information from the Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

27.     Candelario never gave ABM permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## <u>DIRECT COPYRIGHT INFRINGEMENT</u>

28.     Candelario incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29.     Candelario owns a valid copyright in the Work at issue in this case.

30.     Candelario registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31.     ABM copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Candelario's authorization in violation of 17 U.S.C. § 501.

32.     ABM performed the acts alleged in the course and scope of its business activities.

33.     Defendant's acts were willful.

34.     Candelario has been damaged.

35.     The harm caused to Candelario has been irreparable.

## COUNT II
## <u>VICARIOUS COPYRIGHT INFRINGEMENT</u>

36.     Candelario incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

37.     Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

38.     ABM has a direct financial interest in the infringing material because it derives profits from its Website displaying the infringed Work.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

39.     Despite having the ability to stop the infringed Work from being displayed on its Website, ABM allowed the materials to remain up for display for purposes of generating sales of the infringed Work.

40.     To the extent that the actions described above were performed by the third-party alone, ABM is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Candelario's authorization in violation of 17 U.S.C. § 501.

41.     Candelario has been damaged.

42.     The harm caused to Candelario has been irreparable.

### COUNT III
### REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

43.     Candelario incorporates the allegations of paragraphs 1 through 277 of this Amended Complaint as if fully set forth herein.

44.     The Work at issue in this case contains copyright management information ("CMI") in the original posting of the work located at this URL:

      a.   https://fineartamerica.com/featured/the-us-federal-reserve-board-building-susan-candelario.html?newartwork=true.

45.     ABM cropped Candelario's image removing the CMI ("by Susan Candelario") evidenced by the original posting of the Work attached hereto as **Exhibit 3** and the comparison to the infringements attached hereto as **Exhibit 2.**

46.     ABM knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

47.    ABM distributed the Work to the Websites knowing that the CMI has been removed or altered without the authority of the copyright owner or the law in violation of 17 U.S.C. § 1202(b).

48.    ABM committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Candelario's rights in the Work at issue in this action protected under the Copyright Act.

49.    ABM caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Candelario's rights in the Work at issue in this action protected under the Copyright Act.

50.    Candelario has been damaged.

51.    The harm caused to Candelario has been irreparable.

WHEREFORE, the Plaintiff SUSAN CANDELARIO prays for judgment against the Defendant AMERICAN BUSINESS MEDIA LLC that:

a.    ABM and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    ABM be required to pay Candelario her actual damages and Defendant's profits attributable to the infringement, or, at Candelario's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Candelario be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

9

d.     Candelario be awarded pre- and post-judgment interest; and

e.     Candelario be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Candelario hereby demands a trial by jury of all issues so triable.

Dated: March 19, 2026                    Respectfully submitted,


                                        */s/ Joseph A. Dunne*
                                        JOSEPH A. DUNNE
                                        Bar Number: ct30816
                                        joseph.dunne@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        41 Madison Avenue
                                        25th Floor
                                        New York, New York 10010
                                        929.200.8446 – Telephone
                                        561.404.4353 – Facsimile

                                        *Counsel for Plaintiff Susan Candelario*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS