**UNITED STATES DISTRICT COURT**
**District of Connecticut**

**AFFIDAVIT OF SERVICE**



*269744*

Index no : **3:26-CV-00410-SVN**

**Susan Candelario**

       Plaintiff(s),

vs.

**American Business Media LLC**

       Defendant(s).

_____/

**STATE OF CONNECTICUT**

            **ss: East Hartford**

**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/26/2026** at **3:13 PM**, I served the within **Summons in a Civil Case, Complaint for Copyright Infringement (Injunctive Relief Demanded), Exhibits 1-3, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Notice of Option to Consent to Magistrate Judge Jurisdiction, Notice to Counsel and Litigants Regarding AI-Assisted Research, Standing Protective Order, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Notice to Counsel and Self-Represented Parties, Order Re: Disclosure Statement** on **American Business Media LLC** at **c/o Vincent Valvo, 88 Hopmeadow Street, Weatogue, CT 06089** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Alison Valvo, COO/Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **American Business Media LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **White** | **Brown** | **37** | **5'9"** | **130** |
| Other Features: | | | | | |

Sworn to and subscribed before me on
March 27, 2026
by an affiant who is personally known to
me or produced identification.

_____

NOTARY PUBLIC
My Commission Expires: _____

X_____
Sandra Yade
Saddleback Attorney Service, Inc.
1801 Parkcourt Place
Suite F100
Santa Ana, CA 92701
714-973-9202
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES  3-31-2028